# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Adams v. Festival Fun Parks, LLC            Docket No.: 13-1183

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: James V. Sabatini, Esquire

Firm: Sabatini and Associates, LLC

Address: One Market Square, Newington, CT 06111

Telephone: (860) 667-0839        Fax: (860) 667-0837

E-mail: jsabatini@sabatinilaw.com

Appearance for: Appellant, Andrew Adams
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Cindy A. Miller, Esq. _____)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on N/A                                                                 OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ James V. Sabatini

Type or Print Name: James V. Sabatini, Esquire