UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th  day of May, two thousand and thirteen,

_____

Andrew Adams,

       Plaintiff - Appellant,

v.

Festival Fun Parks, LLC, DBA Lake Compounce Theme Park,

       Defendant - Appellee.

_____

**ORDER**
Docket No: 13-1183

APPELLANT Andrew Adams has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 19, 2013 as the brief/joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

