# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s)**: _____    Caption [use short title] _____

**Motion for**: _____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

**MOVING PARTY**: _____    **OPPOSING PARTY**: _____
   ☐ Plaintiff      ☐ Defendant
   ☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY**: _____   **OPPOSING ATTORNEY**: _____
[name of attorney, with firm, address, phone number and e-mail]

_____

_____

_____

Court-Judge/Agency appealed from: _____

| **Please check appropriate boxes:** | **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:** |
|---|---|
| Has movant notified opposing counsel (required by Local Rule 27.1): | Has request for relief been made below? ☐ Yes ☐ No |
|   ☐ Yes ☐ No (explain):_____ | Has this relief been previously sought in this Court? ☐ Yes ☐ No |
| | Requested return date and explanation of emergency:_____ |
| Opposing counsel's position on motion: | |
|   ☐ Unopposed ☐ Opposed ☐ Don't Know | |
| Does opposing counsel intend to file a response: | |
|   ☐ Yes ☐ No ☐ Don't Know | |

Is oral argument on motion requested?    ☐ Yes  ☐ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes  ☐ No   If yes, enter date:_____

**Signature of Moving Attorney:**
_____**Date:**_____   Service by: ☐ CM/ECF    ☐ Other [Attach proof of service]

---

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

                                      **FOR THE COURT:**
                                      CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

**Form T-1080** (rev. 7-12)

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| **ANDREW ADAMS,** | : | |
| | : | |
| Appellant, | : | Case No.: 13-1183 |
| | : | |
| vs. | : | |
| | : | |
| **FESTIVAL FUN PARKS, LLC, d/b/a** | : | |
| **LAKE COMPOUNCE THEME PARK,** | : | |
| | : | |
| Appellee. | : | May 24, 2013 |

### MOTION TO BE RELIEVED AS ATTORNEY

The undersigned, Cindy A. Miller, Esq., moves to withdraw her appearance on behalf of appellant, Andrew Adams, in the above-entitled action. She makes this request because she is leaving Sabatini and Associates, LLC. Sabatini and Associates, LLC attorney James V. Sabatini previously filed an appearance in this matter and remains as counsel to the appellant.

/s/ Cindy A. Miller

Cindy A. Miller, Esquire　CT 29117
Sabatini and Associates, LLC
One Market Square
Newington, CT 06111
Tel. No.:  860-667-0839
Fax No.:  860-667-0867
e-mail:  cmiller@sabatinilaw.com

**ELECTRONIC CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2013, a copy of the foregoing Motion to be Relieved As Attorney was filed electronically and served by e-mail on the following:

Attorney Risa B. Boerner
James P. McLaughlin, Esquire
Fisher & Phillips, LLP
Randor Financial Center
201 King of Prussia Road
Suite 650
Randor, PA  19087
rboerner@laborlawyers.com
jmclaughlin@laborlawyers.com

                    /s/ Cindy A. Miller
                      Cindy A. Miller